IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

TONIA M. HAYES,              )
                             )
            Plaintiff,       )
                             )      Case No. 4:05-CV-00043
v.                           )
                             )          **ORDER**
JO ANNE B. BARNHART,         )
Commissioner of Social Security, )
                             )
            Defendant.       )


On August 30, 2005, this Court entered an *Order* [6] referring this case to

the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of

fact and a recommended disposition.  The Magistrate Judge filed his *Report and*

*Recommendation* [15] on March 30, 2006.  After reviewing the record in this case and no

objections having been filed to the Magistrate Judge's *Report and Recommendation* within

ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's

*Report* in its entirety.  Accordingly, it is this day **adjudged** and **ordered** as follows:

        1.  The *Report and Recommendation* of the United States Magistrate Judge,

filed March 30, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

        2.  For the reasons stated in Magistrate Judge Crigler's *Report*, the

Commissioner's final decision is **AFFIRMED**, judgment is **GRANTED** to the Defendant,

and this action is **DISMISSED** from the docket of this Court.

        3.  The clerk is directed to strike this case from the active docket of this

Court and to send certified copies of this *Order* to all counsel of record and to Magistrate

Judge Crigler.

ENTERED this 21st day of April, 2006.


s/Jackson L. Kiser
Senior United States District Judge